IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLAIRE E. HAWKSLEY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 04-1305 (KAJ) |
| | : | |
| v. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY | : | |
| OF AMERICA, and | : | |
| CHRISTIANA CARE HEALTH | : | |
| SERVICES, INC., | : | |
| Defendants. | : | |

## STIPULATION

Plaintiff Claire E. Hawksley and Defendant UNUM Life Insurance Company of America ("UNUM") hereby stipulate and agree as follows:

1. This action involves a claim to recover long term disability benefits.

2. The Court issued a scheduling order on November 21, 2005 which includes a status report due on May 31, 2006, a status conference on June 7, 2006, and dispositive motions due on July 25, 2006.

3. The Court has also scheduled a settlement conference with Magistrate Judge Thyne on August 3, 2006.

4. The parties stipulate that the date of the status report be changed to August 10, 2006, the status conference be rescheduled to August 17, 2006 and the dispositive motions be due on October 13, 2006.

WHEREFORE, the parties respectfully request the Court to approve the foregoing

stipulation.

| | |
|---|---|
| **ABER, GOLDLUST, BAKER & OVER** | **STEVENS & LEE** |
| *(signature)* | *(signature)* |
| Gary W. Aber | Walter P. McEvilly, Jr. |
| First Federal Plaza | 1105 North Market Street |
| 1702 King Street, Suite 600 | 7th Floor |
| P.O. Box 1675 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | |
| *Attorney for Plaintiff* | *Attorneys for Defendant, UNUM Life Insurance Company of America* |