## CERTIFICATE OF SERVICE

I, WALTER P. MCEVILLY, JR., ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing mandatory disclosures on the following counsel of record by first class mail, postage prepaid:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
First Federal Plaza
1702 King Street, Suite 600
P.O. Box 1675
Wilmington, Delaware  19801

Date: April 21, 2006

_____
Walter P. McEvilly, Jr.