IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAIRE E. HAWKSLEY,<br>　　　　Plaintiff | : CIVIL ACTION<br>:<br>: No. 04-1305 (KAJ) |
| v. | : |
| UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.<br>　　　　Defendants | :<br>:<br>:<br>:<br>: |

### ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the parties' stipulation, IT IS HEREBY ORDERED that the due date of the status report be changed to August 10, 2006, the status conference be rescheduled to August 17, 2006 and the dispositive motions be due on October 13, 2006.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.