# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:    (302) 425-3300
Email:   wpm@stevenslee.com
Direct Fax:    (610) 371-7949

April 21, 2006

Honorable Kent A. Jordan
The United States District Court
844 North King Street
Lock Box 10
Wilmington, Delaware 19801

Re:   *Hawksley v. UNUM Provident, et al.* CA No. 04-1305

Dear Judge Jordan:

Enclosed please find a Stipulation and Order submitted for Your Honor's consideration to revise the dates set in the Court's Order of November 21, 2005 with respect to the filing of the Status Report, the Status Conference and the filing of dispositive Motions.

This dates originally set fall several weeks before the settlement conference with the Magistrate Judge, which is now set for August 3, 2006. We felt that it would be more efficient to defer these filings until after the settlement conference and, subject to the Court's approval, counsel have agreed upon a revised schedule.

We appreciate Your Honor's consideration of this Stipulation.

Very truly yours,

STEVENS & LEE

Walter P. McEvilly, Jr.

WPM:acb
Enclosure
cc:  Clerk of the Court
     Gary Aber, Esquire
     Kirk L. Wolgemuth, Esquire

A PROFESSIONAL CORPORATION

Philadelphia  •  Reading  •  Valley Forge  •  Lehigh Valley  •  Harrisburg  •  Lancaster
Scranton  •  Wilkes-Barre  •  Princeton  •  Cherry Hill  •  New York  •  Wilmington

SL1 629287v1/010305.00179