## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

May 10, 2006

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street - #600
Wilmington, DE  19801

Walter P. McEvilly, Jr., Esq.
Stevens & Lee
1105 N. Market Street - 7th Fl.
Wilmington, DE  19801

Re:    Claire E. Hawksley v. Unum Life Insurance Company of America, et al.
       Civil Action No. 04-1305-KAJ

Dear Counsel:

I received the April 21, 2006 letter from Walter P. McEvilly, Jr., Esq. (D.I. 25) and the proposed Stipulation (D.I. 24) amending the scheduling order. The suggested dates are not acceptable and the case will proceed with the deadlines contained in the scheduling order dated November 21, 2005 (D.I. 20).

Very truly yours,

Kent A. Jordan

KAJ:cas
cc:    Clerk of the Court