IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAIRE E. HAWKSLEY, | CIVIL ACTION No. 04-CV-1305 (KAJ) |
| Plaintiff, | |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al. | |
| Defendant. | |

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S
MOTION FOR SUMMARY JUDGMENT AND/OR
JUDGMENT THROUGH A NON-JURY DETERMINATION**

Pursuant to Federal Rules of Civil Procedure 52(a) and 56, Defendant Unum Life Insurance Company of America ("Unum") moves for summary judgment and/or for a judgment through a non-jury determination on Plaintiff's Complaint. Unum is entitled to summary judgment in its favor because the denial of Plaintiff's claim for long-term disability benefits was neither arbitrary nor capricious.

WHEREFORE, for the reasons set forth above and in the Brief in Support, which is incorporated herein in its entirety, Unum respectfully requests the Court to grant its motion for summary judgment and/or for judgment through a non-jury determination.

Dated: July 25, 2006

STEVENS & LEE

By: _____
Walter P. McEvilly, Jr.
Attorney I.D. 0660
Kirk L. Wolgemuth
Attorney Pa. I.D. 45792
1105 North Market Street, Suite 700
Wilmington, DE 19801
(302) 425-3300
Attorneys for Defendant
Unum Life Insurance Company of America