IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAIRE E. HAWKSLEY, | : CIVIL ACTION No. 04-CV-1305 (KAJ) |
| Plaintiff, | : |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al. | : |
| Defendant. | : |

**ORDER**

AND NOW, this _____ day of _____, 2006 upon consideration of Defendant's motion for summary judgment and/or judgment through a non-jury determination and Plaintiff's opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and that Plaintiff's complaint is dismissed with prejudice.

BY THE COURT:

_____
J.