## CERTIFICATE OF SERVICE

I, WALTER P. McEVILLY, JR., ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing Motion for Summary Judgment and Opening Brief In Support and Appendix (Volumes I and II)[3] upon the following person of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

>Gary W. Aber, Esquire
>P.O. Box 1675
>Wilmington, Delaware 19899-1675

Dated: July 25, 2006

_____
Walter P. McEvilly, Jr.

---

[3] The Appendix is being filed with the Court under seal by agreement of the parties.