IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAIRE E. HAWKSLEY, | : CIVIL ACTION No. 04-CV-1305 (KAJ) |
| Plaintiff, | : |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al. | : |
| Defendant. | : |

## APPENDIX FILED UNDER SEAL

### VOLUME II

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

Walter P. McEvilly, Jr. (I.D. No. 660)
Kirk L. Wolgemuth (I.D. No. 45792)
**STEVENS & LEE**
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Counsel for Defendants