IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLAIRE E. HAWKSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 04-1305 |
| | ) | |
| | ) | |
| UNUM LIFE INSURANCE | ) | Trial By Jury Demanded |
| COMPANY OF AMERICA, | ) | |
| a Delaware Corporation, and | ) | |
| CHRISTIANA CARE HEALTH | ) | |
| SERVICES, INC. a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED, the parties, pursuant to Rule 41(a), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned matter, with prejudice. All parties are to bear their own costs.

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | STEVENS & LEE |
| | |
| /s/ Gary W. Aber | /s/ Walter P. McEvilly, Jr. |
| GARY W. ABER (DSB #754) | WALTER P. MCEVILLY, JR. (DSB #660) |
| 702 King Street, Suite 600 | 300 Delaware Avenue, Suite 800 |
| P.O. Box 1675 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1675 | (302) 654-5180 |
| (302) 472-4900 | Attorney for Defendant |
| Attorneys for Plaintiff | |

SO ORDERED, this _____, day of _____, 2006.

_____
The Honorable Kent A. Jordan