

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLAIRE E. HAWKSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 04-1305 |
| ) | |
| ) | |
| UNUM LIFE INSURANCE ) | Trial By Jury Demanded |
| COMPANY OF AMERICA, ) | |
| a Delaware Corporation, and ) | |
| CHRISTIANA CARE HEALTH ) | |
| SERVICES, INC. a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, the parties, pursuant to Rule 41(a), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned matter, with prejudice.

All parties are to bear their own costs.

ABER, GOLDLUST, BAKER & OVER                STEVENS & LEE

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
Attorneys for Plaintiff

/s/ Walter P. McEvilly, Jr.
WALTER P. MCEVILLY, JR. (DSB #660)
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 654-5180
Attorney for Defendant

SO ORDERED, this 13th day of Nov. 2006.

The Honorable Kent A. Jordan