REVIEWED
By Larisha Davis at 11:46 am, Jun 25, 2007

CLOSED, MEDIATION

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01305-KAJ
### Internal Use Only

| | |
|---|---|
| Hawksley v. UNUM Life Insurance, et al | Date Filed: 09/28/2004 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 11/13/2006 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Claire E. Hawksley** | represented by | **Gary W. Aber** |
| | | Aber, Goldlust, Baker & Over |
| | | First Federal Plaza, Suite #600 |
| | | P.O. Box 1675 |
| | | Wilmington, DE 19899 |
| | | (302) 472-4900 |
| | | Email: gaber@gablawde.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **UNUM Life Insurance Company of America** *a Delaware corporation* | represented by | **Walter P. McEvilly, Jr.** |
| | | Stevens & Lee |
| | | 1105 North Market Street |
| | | 7th Floor |
| | | Wilmington, DE 19801 |
| | | (302) 654-5180 |
| | | Email: wpm@stevenslee.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Christiana Care Health Service** *a Delaware corporation* | represented by | **Walter P. McEvilly, Jr.** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136934 (els) (Entered: 09/29/2004) |

| Date | Doc # | Description |
|---|---|---|
| 12/19/2005 | 23 | ORDER Setting Mediation Conference; Mediation Conference set for 8/3/2006 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 12/19/05. (kjk, ) (Entered: 12/21/2005) |
| 04/21/2006 | 24 | STIPULATION TO EXTEND TIME to - filed by UNUM Life Insurance Company of America. (Attachments: # 1 Certificate of Service for Stipulation to Extend Time# 2 Judge's Order for Stipulation to Extend Time)(McEvilly, Walter) (Entered: 04/21/2006) |
| 04/21/2006 | 25 | Letter MOTION for Extension of Time to - filed by UNUM Life Insurance Company of America. (McEvilly, Walter) (Entered: 04/21/2006) |
| 04/24/2006 | | (Court only) ***Motions terminated: 25 Letter MOTION for Extension of Time filed by UNUM Life Insurance Company of America, (Re: Improper event code used for docketing a cover letter). (rwc, ) (Entered: 04/24/2006) |
| 05/10/2006 | 26 | Letter dated 5/10/06 to Counsel from Judge Jordan regarding proposed amended scheduling dates unacceptable. (rwc, ) (Entered: 05/10/2006) |
| 05/30/2006 | 27 | Letter to The Honorable Judge Kent A. Jordan from Walter P. McEvilly, Jr., Esquire regarding Hawksley v. UNUM. (McEvilly, Walter) (Entered: 05/30/2006) |
| 06/02/2006 | 28 | Letter to The Honorable Kent A. Jordan from Gary W. Aber regarding Status of Case. (Aber, Gary) (Entered: 06/02/2006) |
| 06/07/2006 | | (Court only) ***Motion terminated: 24 STIPULATION TO EXTEND deadlines denied per D.I. 26. (ntl, ) (Entered: 06/07/2006) |
| 06/07/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Status Conference held on 6/7/2006. (Court Reporter B. Gaffigan.) (ntl, ) (Entered: 06/07/2006) |
| 06/07/2006 | 29 VOID | STENO NOTES of teleconference held on 6/7/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (ntl, ) (Entered: 06/07/2006) |
| 07/25/2006 | 30 | MOTION for Summary Judgment *Unum Life Insurance Company of America's Motion for Summary Judgment and/or Judgment Through a Non-Jury Determination* - filed by UNUM Life Insurance Company of America. (Attachments: # 1 Order# 2 Certificate of Service)(McEvilly, Walter) (Entered: 07/25/2006) |
| 07/25/2006 | 31 | OPENING BRIEF in Support re 30 MOTION for Summary Judgment *Unum Life Insurance Company of America's Motion for Summary Judgment and/or Judgment Through a Non-Jury Determination* filed by UNUM Life Insurance Company of America.Answering Brief/Response due date per Local Rules is 8/8/2006. (Attachments: # 1 Certificate of Service)(McEvilly, Walter) (Entered: 07/25/2006) |
| 07/25/2006 | 32 | SEALED APPENDIX - (Volume 1) - re 31 Opening Brief in Support,, 30 |

| | | |
|---|---|---|
| | | MOTION for Summary Judgment *Unum Life Insurance Company of America's Motion for Summary Judgment and/or Judgment Through a Non-Jury Determination -Volume I* by UNUM Life Insurance Company of America. (McEvilly, Walter) Modified on 7/25/2006 (rwc, ). (Entered: 07/25/2006) |
| 07/25/2006 | 33 | SEALED APPENDIX - (Volume 2) - re 31 Opening Brief in support of 30 MOTION for Summary Judgment Unum Life Insurance Company of America's Motion for Summary Judgment and/or Judgment Through a Non-Jury Determination -(McEvilly, Walter) (Entered: 07/25/2006) (rwc, ) (Entered: 07/25/2006) |
| 07/25/2006 | | CORRECTING ENTRY: The Docket Clerk redocketed [DI# 32} Sealed Appendix - Volume 2 as a separate entry (DI# 33). Multiple volumes of a document need to be docketed separately with each receiving its own docket item number. (rwc, ) (Entered: 07/25/2006) |
| 11/09/2006 | 34 | STIPULATION of Dismissal by Claire E. Hawksley. (Aber, Gary) (Entered: 11/09/2006) |
| 11/13/2006 | 35 | SO ORDERED, re 34 Stipulation of Dismissal filed by Claire E. Hawksley ***Civil Case Terminated. Signed by Judge Kent A. Jordan on 11/13/06. (rwc) (Entered: 11/13/2006) |