UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

August 29 2007

**Walter P. McEvilly, Jr. , ESQ.**
Stevens & Lee
Email: wpm@stevenslee.com

   RE: **Hawksley v. UNUM Life Insurance, et al**
      Civ. No. **04-cv-01305-KAJ**

Dear Counsel:

   Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 32,33.

   A copy of the signed acknowledgment has been attached for your records.

                         Sincerely,

                         Peter T. Dalleo, Clerk

                         By: _Evette Watson_

   I hereby acknowledge receipt of the above mentioned documents on    AUG 3 0 2007

_Jon Durandetto_
Signature